UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-cv-435-MR

| TRAVIS TUDOR, | ) |
|---|---|
| Petitioner, | ) |
| vs. | ) ORDER |
| TODD ISHEE, Secretary, North Carolina Department of Adult Correction, | ) |
| Respondent. | ) |

**THIS MATTER** comes before the Court on initial review of the Petition for Writ of Habeas Corpus [Doc. 1] filed by the Petitioner Travis Tudor ("the Petitioner") pursuant to 28 U.S.C. § 2254 on July 18, 2023.

The Petitioner attempts to raise claims of ineffective assistance of counsel in relation to his underlying state criminal proceeding. [Doc. 1 at 1-9]. However, the petition is deficient as it fails to comply with Rule 2 of the Rules Governing Section 2254 Cases requiring habeas petitions to follow a specific format. The Petitioner failed to specify the grounds of relief sought and facts supporting each ground, failed to include dates of his criminal convictions and any appellate or state post-conviction relief sought, and failed to sign the petition under the penalty of perjury. See Rule 2, 28

U.S.C.A. foll. § 2254. The Court notes that the Petitioner previously filed a § 2254 habeas petition in this Court in November 2018 which was dismissed for failure to exhaust state remedies. See Case No. 3:18-cv-00627 (W.D.N.C.). However, the Court is unable to tell from the Petitioner's current filing if he has since appropriately exhausted his state remedies and if his § 2254 petition is timely filed within the state of limitations.

As such, the Court will direct the Petitioner to submit an amended petition within thirty (30) days that complies with the procedural requirements.

**IT IS, THEREFORE, ORDERED** that:

1. The Petitioner shall have thirty (30) days from the date of this Order in which to file an Amended § 2254 Petition for Writ of Habeas Corpus in accordance with this Order. Failure to do so may result in the dismissal of this action without further notice.

2. The Clerk of Court shall mail a blank § 2254 form to the Petitioner.

**IT IS SO ORDERED.**

Signed: August 7, 2023

Martin Reidinger
Chief United States District Judge